[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-14485
Non-Argument Calendar
_____

D.C. Docket No. 1:07-cr-00104-SLB-PWG-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRANCE ANTWAN STEVENS,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Northern District of Alabama

_____

(June 5, 2013)

Before MARTIN, JORDAN and KRAVITCH, Circuit Judges.

PER CURIAM:

Bill L. Barnett, appointed counsel for Terrance Antwan Stevens in this

appeal of a sentence imposed for violating the terms of his supervised release, has

moved to withdraw from further representation of the appellant and filed a brief

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stevens's conviction and sentence are **AFFIRMED**.